SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
*Cybill.Dotson@usdoj.gov*

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRYCE WHEELER,<br><br>   Plaintiff,<br><br>v.<br><br>BRENDA KAY BRAGG, an individual; DOES I through x; ROE COMPANIES XI THROUGH XX,<br><br>   Defendant. | Case No.: 2:25-cv-01015-BNW<br><br>**Order** |

   The Court having been notified that the United States Attorney for the District of Nevada certified that Brenda Kay Bragg was acting within the scope of federal employment at the time of the events alleged in the complaint, and the court having been apprised of the substitution of the United States as defendant in the complaint by operation of law under 28 U.S.C. § 2679(d)(2),

   IT IS HEREBY ORDERED that under 28 U.S.C. §§ 2679(b)(1), (d)(2), defendant Brenda Kay Bragg is dismissed from this action on the grounds that the exclusive remedy for such claims in an action against the United States.

   IT IS FURTHER ORDERED that the United States of America is substituted as the defendant in this case.

1 | IT IS FURTHER ORDERED that the case caption is amended as shown in this order to reflect the substitution of the United States as defendant in place of Brenda Kay Bragg.

IT IS FURTHER ORDERED that the Clerk of Court must update the docket sheet accordingly.

**IT IS SO ORDERED**

**DATED:** 3:16 pm, August 08, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**