TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYCE WHEELER,<br><br>                  Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | Case No. 2:25-cv-01015-BNW<br><br>**Notice of Appearance of AUSA Marilyn E. Gartley and Withdrawal of Cybill L. Dotson** |

        PLEASE TAKE NOTICE the appearance of Assistant United States Attorney Marilyn E. Gartley as lead counsel for the United States of America.

        The Clerk of the Court will please also note the withdrawal of former Assistant United States Attorney Cybill L. Dotson, who is no longer with the United States Attorney's Office, District of Nevada and should be removed from further notification from the Court's CM/ECF system for the above-referenced case.

        Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this matter.

        Respectfully submitted this 19th day of February 2026.

                                SIGAL CHATTAH
                                First Assistant United States Attorney

                                 */s/ Marilyn E. Gartley*
                                MARILYN E. GARTLEY
                                Assistant United States Attorney