Kristian T. Kaskla, Esq.
Nevada Bar No. 14553
Michael Sanft, Esq.
Nevada Bar No. 8245
Ryan Saldanha, Esq.
Nevada Bar No. 14946
**SOS INJURY LAWYERS**
411 East Bonneville Avenue, Suite 360
Las Vegas, Nevada 89101
Phone: (702) 720-3030
kristian@sosinjury.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYCE WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA KAY BRAGG, an individual; DOES I THROUGH X; ROE COMPANIES XI THROUGH XX,<br><br>Defendant. | Case No.: 2:25-cv-01015-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Pursuant to Local Rules 26-3, the parties respectfully submit the following stipulation to extend the discovery deadlines in this matter by ninety (90) days.

**A. Statement Specifying the Discovery Completed (LR 26-3(a):**

1. Plaintiff has made his initial disclosures pursuant to Fed. R. Civ. P. 26(a);
2. Defendant has made its initial disclosures pursuant to Fed. R. Civ. P. 26(a);

**B. A Specific Description of the Discovery that Remains to be Completed (LR 26-3(b):**

1. Written discovery by Plaintiff on Defendant
2. Written discovery by Defendant on Plaintiff
3. Expert Witness Disclosures
4. Expert, treating physician, percipient and Rule 30(B)(6) witness deposition

5. Depositions of Defendant Brenda Bragg
6. Deposition of Plaintiff

**C. The Reasons why the Deadline was not Satisfied or the Remaining Discovery was no Completed within the Time Limits set by the Discovery Plan (LR 26-3(c));**

The Parties have been working in good faith to complete discovery efficiently and without waste of resources. During a recent telephonic conference counsel discussed the potential to resolve the litigation. However, it became clear that motion practice was necessary to resolve procedural concerns before any potential resolution could take place. The Parties agreed that the motion practice should be completed before additional resources are spent on depositions as the motion may render the need for further discovery moot. The Parties believe that good cause exists to extend the discovery deadlines in this matter as the extension will allow the parties to complete motion practice that both sides agree must be completed to narrow the issues and potentially resolve the matter without further litigation. Therefore, the parties request that the discovery cut-off date be extended by five (5) months)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**D. A Proposed Schedule for Completing all Remaining Discovery (LR 26-3(d)):**

| | Current Deadlines | Proposed Deadline: |
|---|---|---|
| Amend Pleadings: | June 3, 2026 | June 3, 2026 |
| Initial Expert Disclosure: | July 6, 2026 | July 6, 2026 |
| Rebuttal Expert Disclosure: | August 5, 2026 | August 5, 2026 |
| Discovery Cut-off: | September 1, 2026 | February 1, 2027 |
| Dispositive Motion: | October 1, 2062 | March 3, 2027 |
| Joint Pre-Trial Order: | November 1, 2026 | April 2, 2027 |

DATED this 11th day of August, 2026.
**SOS INJURY LAWYERS**

/s/ Kristian Kaskla
**Kristian Kaskla, Esq.**
kristian@sosinjury.com
**SOS INJURY LAWYERS**
411 East Bonneville Avenue, Suite 360
Las Vegas, Nevada 89101
(702) 720-3030
*Attorneys for Plaintiff*

DATED this 11th day of August, 2026.
**UNITED STATES ATTORNEY**

/s/Nathan M. Claus
Nathan M. Claus, Esq.
nathan.claus@usdoj.gov
Assistant United State Attorney
501 Las Vegas Blvd., South, Ste 1100
Las Vegas, NV 89101
(702) 388-5084
*Attorney for Defendant*

**ORDER**

**IT IS SO ORDER**

Dated this 12th August 2026

UNITED STATES MAGISTRATE JUDGE

Gmail

Amanda Hampton <amanda@sosinjury.com>

# Re: 2:25-cv-01015-BNW Wheeler v. Bragg

**Claus, Nathan (USANV)** <Nathan.Claus@usdoj.gov> Tue, Aug 11, 2026 at 3:23 PM
To: Kristian Kaskla <kristian@sosinjury.com>
Cc: Amanda Hampton <amanda@sosinjury.com>, "Covarrubias, Maria (USANV)" <Maria.Covarrubias@usdoj.gov>

Looks good. You can affix my signature.

[Quoted text hidden]

> [Quoted text hidden]
>
> > [Quoted text hidden]
> >
> > [Quoted text hidden]
>
> [Quoted text hidden]

[Quoted text hidden]