TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Nathan.Claus@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYCE WHEELER,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 2:25-cv-01015-BNW<br><br>**Joint Stipulation and (Proposed) Order to Stay Discovery Pending Motion to Dismiss Result** |

Plaintiff and Defendant hereby submit this joint stipulation related to a stay on discovery pending the result of Defendant's Motion to Dismiss. ECF No. 24.

"The decision of whether to stay discovery is entrusted to the 'wide discretion' of the district court." *Flynn v. Nevada*, 345 F.R.D. 338, 343 (D. Nev. 2024). Under Fed. R. Civ. P. 26(c)(1), the Court may, for good cause, issue an order protecting a party or person from undue burden or expense, including by staying discovery. Although a stay of discovery requires more than generalized assertions of inconvenience or expense, good cause exists where the particular circumstances of the case demonstrate a specific need for the stay. *See Gray v. First Winthrop Corp.*, 133 F.R.D. 39, 40 (N.D. Cal. 1990); *see also Twin City Fire Ins. Co. v. Emps. Ins. of Wausau*, 124 F.R.D. 652, 653 (D. Nev. 1989) ("Some extraordinary justification must be shown to satisfy the good cause requirement of Fed.R.Civ.P. 26(c).")The parties submit that good cause exists to temporarily stay discovery pending the result of the motion to dismiss this matter. The motion to dismiss, if granted, would be dispositive of this matter. ECF No. 24.

Absent a stay, the parties would be required to continue their remaining discovery efforts that maybe unnecessary based on the underlying motion if granted. The requested stay is temporary and will not unfairly prejudice any party. Discovery has already commenced, and the parties anticipate resuming their remaining discovery efforts following result of the motion. Further, all parties agree that a temporary stay is appropriate under the circumstances. The parties seek this relief in good faith, not for purposes of delay, but to avoid unnecessary discovery expenses and facilitate the efficient completion of discovery once the motion has been resolved.

Accordingly, the parties submit that the particular circumstances of this case establish good cause under Fed. R. Civ. P. 26(c) to temporarily stay discovery pending the conclusion of the motion. A stay will conserve the parties' resources, minimize unnecessary and duplicative discovery, and permit discovery to proceed without unfair prejudice to any party.

Based on the foregoing, the parties stipulate and agree that all discovery in this action, together with all unexpired discovery and pretrial deadlines, should be stayed pending the conclusion of the Echavarria Trial. The parties further agree to submit a joint status report and proposed amended discovery plan and scheduling order within fourteen (14) days following the order related to the motion to dismiss, or such other time as the Court may direct.

Respectfully submitted this 12th day of November 2026.

SOS INJURY LAWYERS

*/s/ Kristian T. Kaskla*
KRISTIAN T. KASKLA
Nevada Bar No. 14553
411 E. Bonneville Avenue, Ste 360
Las Vegas, NV 89101
*Attorney for Plaintiffs*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney

*Attorneys for the United States of America*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 13, 2026